UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------- x
DONNA CAJITA AND SHEILA CAJITA,

Plaintiffs,

**ORDER**

14 CV 1393 (RJD) (JO)

- against -

ALLSTATE INSURANCE COMPANY,

Defendant.
-------------------------------------------------------- x

DEARIE, District Judge

The Report and Recommendation of Magistrate Judges Pollak, Brown, and Reyes, dated June 5, 2013, ECF No. 23, as amended on June 16, 2014, ECF No. 26, is adopted without qualification. The plaintiffs' claim for attorney's fees is hereby dismissed. To the extent that the complaint sets forth a claim for bad faith denial of coverage, that claim is likewise dismissed.

SO ORDERED.

Dated: Brooklyn, New York
July 10, 2014

/s/ Judge Raymond J. Dearie

_____
RAYMOND J. DEARIE
United States District Judge